

| | |
|---|---|
| 30 Wall Street, 8th Floor<br>New York, NY 10005 | Daniel@niamehrlaw.com<br>Telephone: (646) 224 - 0735<br>Facsimile: (646) 661 - 3175 |

October 1, 2025

**By ECF & EMAIL**
The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
FaillaNYSDChambers@nysd.uscourts.gov



Re: *Elijah Grizzard* v. *Thomas Cortese,* et al., No. 1:24-cv-5555

Dear Honorable Katherine Polk Failla:

    This office represents the plaintiff in this matter, Elijah Grizzard. Given the parties' confidentiality agreement, which Defendants never countersigned, but was executed by the Plaintiff.

    Plaintiff respectfully moves for Plaintiff's motion to vacate the confidentiality agreement to be filed under seal, pending the determination of the subject motion. Attached as **Exhibit A** is the subject confidentiality agreement.

    Plaintiff thanks the Court for its ongoing attention to this matter.

Respectfully,

Daniel J. Niamehr

---

```
Application GRANTED.

The Clerk of Court is directed to maintain docket entry 31 under seal.
The Clerk of Court is further directed to terminate the pending motion
at docket entry 30.

Dated:   October 3, 2025            SO ORDERED.
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE