UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIJAH GRIZZARD,

Plaintiff,

-v.-

THOMAS CORTESE, US FOODS
HOLDING CORP., and US FOODS, INC.,

Defendants.

24 Civ. 5555 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On February 18, 2026, the Court held a conference to discuss the parties' anticipated (i) motions for summary judgment and (ii) motions related to the exclusion of certain witness testimony.  The parties have decided to move forward with many of their contemplated motions.  Consequently, they shall adhere to the following briefing schedule and word limits:

Plaintiff's combined brief in support of his motion for summary judgment and his motions to exclude certain testimony is due on or before **March 20, 2026**.  That brief shall be limited to 10,500 words.

Defendants' combined brief in opposition to Plaintiff's motion and in support of Defendants' motion for summary judgment is due on or before **April 20, 2026**.  That brief shall be limited to 14,000 words.

Plaintiff's combined reply brief in support of Plaintiff's motion and in opposition to Defendants' motion is due on or before **May 20, 2026**.  That brief shall be limited to 7,000 words.

Defendants' reply brief in support of their motion is due on or before **June 3, 2026**.  That brief shall be limited to 3,500 words.

Despite the increased word counts, the parties are encouraged to be concise in their briefing.

SO ORDERED.

Dated:   February 18, 2026
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2